**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00252-CV**

_____

**MICHAEL DAVID BELLOW JR., Appellant**

**V.**

**COURTNEY BELLOW, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 54996**

**ORDER**

Appellant, Michael David Bellow Jr., filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED October 13, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

1